IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, et al., | |
| Plaintiffs, | No. 04-CV-02652 JSW |
| v. | |
| WAGNER CONSTRUCTION COMPANY, et al. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| Defendants. | |

On April 18, 2005, this Court issued an Order to Show Cause. On April 21, 2005, Plaintiffs voluntarily dismissed this action. Accordingly, the Court will not imposed sanctions and the Order to Show Cause is discharged. However, Plaintiffs are ORDERED to file a proof of service with the Court demonstrating that they complied with the terms of the Order to show cause which required them to serve that Order on the defendants.

**IT IS SO ORDERED.**

Dated: April 22, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE